NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-763

CHRISTOPHER ARMAND
VERSUS
JEFFREY F. LACHNEY, ET AL.

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT,
PARISH OF RAPIDES, NO. 219,062
HONORABLE GEORGE C. METOYER, JR., DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

JAMES T. GENOVESE
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Oswald A. Decuir, Michael G. Sullivan, and James T. Genovese, Judges.

APPEAL DISMISSED IN PART
AND MAINTAINED IN PART.

Edward Alan Kaplan
Attorney at Law
Post Office Box 12386
Alexandria, LA 71315
(318) 448-0831
COUNSEL FOR PLAINTIFF/APPELLEE:
Christopher Armand

Joseph B. Stamey
STAMEY LAW FIRM
Post Office Box 1288
Natchitoches, LA 71458-1288
(318) 352-4559
COUNSEL FOR DEFENDANT/APPELLEE:
Jeffrey F. Lachney

**Lewis Olivier Lauve, Jr.**
**Bussey & Lauve**
**Post Office Box 307**
**Alexandria, LA 71309-0307**
**(318) 449-1937**
**COUNSEL FOR INTERVENOR/APPELLEE:**
**City of Alexandria**

**Tracy Peter Curtis**
**Perret, Doise, APLC**
**Post Office Drawer  3408**
**Lafayette, LA 70502-3408**
**(337) 262-9000**
**COUNSEL FOR DEFENDANT/APPELLANT:**
**Farmers Insurance Exchange**